STUEVE SIEGEL HANSON LLP
Jason S. Hartley (SBN No. 192514)
Jason M. Lindner (SBN No. 211451)
550 West C Street, Suite 610
San Diego, California 92101
Phone: (619) 400-5822
Fax: (619) 400-5832

STUEVE SIEGEL HANSON LLP
Patrick J. Stueve
Eric L. Dirks
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vehimax International, LLC, on behalf of Itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Jui Li Enterprise Company Ltd.; Taiwan Kai Yih Industrial Co., Ltd.; Gordon Auto Body Parts; Auto Parts Industrial, Ltd.; Cornerstone Auto Parts, LLC; and TYG Products, L.P.,<br><br>Defendants. | Case No. CV09-6437SVW (JEMx)<br><br>**CLASS PLAINTIFF VEHIMAX INTERNATIONAL, LLC'S NOTICE OF MOTION AND MOTION FOR STAY OF PRETRIAL PROCEEDINGS**<br><br>Date:         March 15, 2010<br>Time:        1:30 p.m.<br>Courtroom: 6<br>Judge:       Stephen V. Wilson |

148462

Case No. 09-cv-6437 SJW (JEMx)

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that at 1:30 p.m. on March 15, 2010, or as soon thereafter as the matter may be heard, before the Honorable Stephen V. Wilson, at the United States District Court for the Central District of California, 312 N. Spring Street, Courtroom 6, Los Angeles, California, Plaintiff Vehimax International, LLC, through its undersigned counsel, will and hereby does move this Court for an Order staying pretrial proceedings in the above-referenced case, and any subsequently filed related cases, while the similar case filed in the Eastern District of Wisconsin, *Fond du Lac Bumper Exchange v. Jui Li Enterprise Co., Ltd., et al.*, E.D. Wisconsin, Case No. 2:09-CV-00852, proceeds as the lead case for pretrial proceedings. A stay of this and subsequently filed related cases will avoid or minimize duplicative activity and conflicts and will conserve judicial resources. This motion is made following the conference of counsel pursuant to Local Rule 7.3, which began on January 12, 2010. Dozens of emails and several teleconferences ensued thereafter as the parties attempted to come to an agreement regarding the parameters of a stay, ultimately without success.

This Motion is based on this Notice of Motion and Motion, the Memorandum in Support of Motion for Stay of Pretrial Proceedings and the Declaration of Jason S. Hartley filed herewith, all pleadings and records on file and any additional briefing and argument presented to the Court before or at the hearing on this Motion.

///
///
///
///
///
///

| | | |
|---|---|---|
| 1 | Dated: February 9, 2010 | Respectfully submitted, |
| 2 | | |
| 3 | | By:   /s/ Jason S. Hartley |

**STUEVE SIEGEL HANSON LLP**
Jason S. Hartley (SBN No. 192514)
Jason M. Lindner (SBN No. 211451)
550 West C Street, Suite 610
San Diego, California 92101
Phone: (619) 400-5822
Fax: (619) 400-5832

**STUEVE SIEGEL HANSON LLP**
Patrick J. Stueve
Eric L. Dirks
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101

*Attorneys for Plaintiff Vehimax International, LLC*

148462

2

Case No. 09-cv-6437 SJW (JEMx)